UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GEORGE ENOCH DAVIDSON, | |
|         Plaintiff, | 2: 12-cv - 00208- KJD -VCF |
| vs. | **MINUTE ORDER** |
| QUALITY A/C SERVICES INC, | |
|         Defendant. | |

    Before the court is Plaintiff George Enoch Davidson's (hereinafter "Plaintiff") Application for Leave to Proceed in Forma Pauperis (dkt. 1).

    IT IS ORDERED that a hearing is scheduled for Friday, February 24, 2012, at 8:30 a.m. in Courtroom 3C and Plaintiff is required to attend the hearing.

    DATED this 10th day of February, 2012.

                                             CAM FERENBACH
                                             UNITED STATES MAGISTRATE JUDGE